UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LATARRIS ROBINSON                                                                    PETITIONER

VS.                              5:16-CV-00167-SWW-JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                                        RESPONDENT

## JUDGMENT

Consistent with the order entered this day, the petition for writ of habeas corpus [*Doc. No. 1*] filed by Latarris Robinson is dismissed with prejudice.

IT IS SO ORDERED this 8th day of August, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE